# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

## NO. 03-13-00154-CV

**Carolyn Barnes, Appellant**

**v.**

**Velocity Credit Union, Appellee**

### APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.